**02–116.   State v. Brady.**

Montgomery App. No. 18682. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**02–137.   State v. Youngblood.**

Greene App. No. 01CA67. On motion for stay of Supreme Court proceedings pending appointment of counsel by court of appeals. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**02–142.   State v. Washington.**

Hamilton App. No. C–000754. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**02–159.   State v. Woods.**

Stark App. No. 1997CA00124. On motion for leave to file delayed appeal. Motion denied.

**02–174.   Norwood v. Robinson.**

Hamilton App. No. C–010307. On motion for stay of sentence of trial court pending appeal. Motion denied.

**02–196.   State v. James.**

Summit App. No. 20790. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**02–199.   State v. Nicholson.**

Erie App. No. E–99–083. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., not participating.

**02–201.   State v. Fisher.**

Franklin App. No. 01AP–614. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed January 29, 2002:

"This case is before the court as the result of the filing of a motion to certify a conflict between our opinion issued December 20, 2001, and the now reported case of *State v. Gilden* (2001), 144 Ohio App.3d 69 [759 N.E.2d 468]. We perceive a clear conflict and therefore certify the following issue:

"Is the practice of a trial court of allowing members of a jury to submit questions to the court and attorneys for possible submission to witnesses *per se* prejudicial to a criminal defendant?"

F.E. SWEENEY, J., dissents.

**02–212.   State v. Harris.**

Cuyahoga App. No. 78591. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**02–217.   Uz Engineered Prod. Co. v. Midwest Motor Supply Co.**

Franklin App. No. 01AP–551. On motion for stay of court of appeals' judgment. Motion granted and bond continued.

F.E. SWEENEY, J., dissents.

**02–232.   State v. Harrison.**

Lake App. No. 2000–L–212. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., dissents.

**02–246.   In re Hoffman.**

Stark App. No. 2001CA00207. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed January 28, 2002:

"This matter came before this Court upon a Motion Requesting Certificate to the Supreme Court of Ohio Based Upon Conflict Between Jurisdictions filed by appellee Stark County Department of Job and Family Services. The motion asserts our opinion in the within action is in conflict with opinions issued by other courts of appeals.